ROCHELLE L. EASON v. GOULD, INCORPORATED AND EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA

No. 276PA84

(Filed 8 January 1985)

**Appeal and Error § 46— equally divided court—Court of Appeals decision affirmed —no precedent**

Where one member of the Supreme Court did not participate in the consideration or decision of the case, and the remaining six members of the Supreme Court are equally divided, the decision of the Court of Appeals is left undisturbed and stands without precedential value.

Justice VAUGHN took no part in the consideration or decision of this case.

ON discretionary review of a decision of the Court of Appeals, 66 N.C. App. 260, 311 S.E. 2d 372 (1984) affirming in part and reversing in part a judgment of the Superior Court, WAKE County, and remanding the cause for further proceedings.

*Central Community Legal Services, by Victor J. Boone, for claimant-appellee.*

*Donald R. Teeter for the Employment Security Commission of North Carolina.*

PER CURIAM.

Justice Vaughn took no part in the consideration or decision of this case. The remaining members of this Court being equally divided, with three members voting to affirm the Court of Appeals and three members voting to reverse, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See State v. Johnson,* 286 N.C. 331, 210 S.E. 2d 260 (1974).

Affirmed.